IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALLEN ALLISON<br><br>Defendant. | Case No. 20-CR-285-JFH-3 |

## OPINION AND ORDER

Before the Court is an Unopposed Motion to Dismiss Indictment Without Prejudice ("Motion") filed by the United States of America ("Government"). Dkt. No. 642. The Government requests leave to dismiss the Information [Dkt. No. 362] and Counts One, Eight, and Nine of the Indictment [Dkt. No. 5] without prejudice as to Defendant Mark Allen Allison ("Defendant"). *Id.*

Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charges against Defendant is not contrary to the public interest, nor is it for an improper purpose. The Government's Motion [Dkt. No. 642] should be granted.

IT IS THEREFORE ORDERED that the Government's Unopposed Motion to Dismiss Indictment Without Prejudice [Dkt. No. 642] is GRANTED and the Information [Dkt. No. 362] and Counts One, Eight, and Nine of the Indictment [Dkt. No. 5] are dismissed without prejudice as to Defendant Mark Allen Allison.

Dated this 30th day of January 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE